# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY AUSBORN,

    Defendant.

Case No. CR08-5009BHS

ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, Greg Gruber.
The defendant appears personally and represented by counsel, William Ferrell.

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) that defendant's Appearance Bond could be revoked and defendant detained pending resolution of the underlying charges in the Complaint/Indictment/Information if found to be in violation of supervision.

The defendant having
(X) acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following bond conditions as set forth below:

    4. Failing to notify PTS Officer within one business day of arrest or questioning by law enforcement on or about February 27, 2009.
    5. Failing to notify PTS Officer within one business day of arrest or questioning by law enforcement on or about March 9, 2009.
    6. Failing to notify PTS Officer within one business day of arrest or questioning by law enforcement on or about January 28, 2009.

(X) denied allegations 1, 2, 3, the court finds probable cause with regard to those allegation and schedules a hearing on the petition to be held at the time and date below set forth before Judge Benjamin H. Settle:

    *Date of hearing: April 21, 2009*

    *Time of hearing: 9:00am*

**IT IS ORDERED** that the defendant be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                        **March 16, 2009.**

                        **S/Karen L. Strombom**
                        **Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1